# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BD PIPE & RAIL L.L.C., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 14-6623 |
| v. | : | |
| | : | |
| GROWMARK, INC., | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this __29th____ day of _____June_____, 2015, it is **ORDERED** that Defendant Growmark's Motion to Dismiss (ECF No. 6) is **GRANTED**. The above-captioned action is **DISMISSED.**

                                                  s/Anita B. Brody

                                                  _____

                                                  ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                  Copies **MAILED** on _____ to: